**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     Respondent/Plaintiff, ) | |
| ) | **No. 3:03-CR-0350-R** |
| v. ) | **No. 3:05-CV-0347-R** |
| ) | **ECF** |
| **MANUEL OROSIETA-MOJICA,** ) | |
| **ID # 31153-177,** ) | |
|     Movant/Defendant. ) | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and recommendation in this case on movant/defendant's motion to vacate, set aside, or correct sentence brought pursuant to 28 U.S.C. § 2255. No objections were filed. The District Court reviewed the findings, conclusions and recommendation for plain error. Finding none, the District Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED** this 14th day of August, 2007.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE